NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Kenneth R. Pedroza, SBN 184906
Dana L. Stenvick, SBN 254267
COLE PEDROZA LLP
2295 Huntington Drive, San Marino, CA 91108
Tel: (626) 431-2787
Fax.: (626) 431-2788

ATTORNEY(S) FOR: CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEATLHCARE OF CALIFORNIA, INC., and CIGNA HEATLHCARE OF ILLINOIS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEDICATED SLEEP LLC<br><br>Plaintiff(s),<br>v.<br>CIGNA HEALTH & LIFE INSURANCE COMPANY, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEATLHCARE OF CALIFORNIA, INC. CIGNA HEATLHCARE OF ILLINOIS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
|  |  |

November 29, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants