1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDICATED SLEEP LLC,<br><br>             Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEALTHCARE OF CALIFORNIA, INC. CIGNA HEALTHCARE OF ILLINOIS, INC. and DOES 1 through 20,<br><br>             Defendants. | Case No.: 2:21-cv-09269 SVW (SKx)<br>Hon. Stephen V. Wilson<br><br><br>**ORDER GRANTING DIMISSAL WITH PREJUDICE** |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEALTHCARE OF CALIFORNIA, INC. CIGNA HEALTHCARE OF ILLINOIS, INC.<br><br>             Cross-Complainants,<br><br>v.<br><br>DEDICATED SLEEP LLC and ROES 1 through 20,<br><br>             Cross-Defendants. | Complaint Filed: October 25, 2021<br>Removed to Federal Court: November 29, 2021<br>Trial Date: August 2, 2022 |

1

Pursuant to <u>Federal Rule of Civil Procedure 41(a)(1)</u> Plaintiff DEDICATED SLEEP and Defendants CIGANA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEALTHCARE OF CALIFORNIA, INC., AND CIGNA HEALTHCARE OF ILLINOIS, INC., by and through undersigned counsel, hereby stipulate that this action and all claims including all counterclaims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

**IT IS SO ORDERED.**

DATED: June 23, 2022

_____
HON. STEPHEN V. WILSON
United States District Judge